ENTERED
CLERK, U.S. DISTRICT COURT

APR - 8 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

APR - 7 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ELECTRO SOURCE, LLC, a
California limited liability company,

    Plaintiff,

    v.

PELICAN PRODUCTS, INC., a
California corporation, BRANDESS-
KALT-AETNA GROUP, INC., an
Illinois corporation,

    Defendants.

CASE NO. CV 02-7974 NM (CTx)

_____ Priority
_____ Send
_____ Clsd
_____ Enter
__no_ JS-5/JS-6
_____ JS-2/JS-3

## JUDGMENT

Defendants' motion for summary judgment to cancel the trademark registration on the basis of abandonment and assignment in gross is GRANTED. Trademark Registration No. 2,073,287 is ordered CANCELLED. As the claims asserted in Plaintiff's First Amended Complaint rely solely on the '287 Registration, Defendants' motion for summary judgment as to Plaintiff's remaining claims is GRANTED. Defendants' counterclaim remains.

DATED:    April 7, 2004

Nora M. Manella
United States District Judge

113