UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELECTRO SOURCE, LLC, a California limited liability company,<br><br>    Plaintiff-counter-defendant - Appellant,<br><br>v.<br><br>BRANDESS-KALT-AETNA GROUP, INC., an Illinois corporation,<br><br>    Defendant - Appellee,<br><br>PELICAN PRODUCTS, INC., a California corporation,<br><br>    Defendant-counter-claimant - Appellee. | No.  04-55844<br>D.C. No. CV-02-07974-NM<br><br>**JUDGMENT** |



| | |
|---|---|
| ELECTRO SOURCE, LLC, a California limited liability company,<br><br>    Plaintiff-counter-defendant - Appellee,<br><br>v.<br><br>BRANDESS-KALT-AETNA GROUP, INC., an Illinois corporation,<br><br>    Defendant - Appellant,<br><br>PELICAN PRODUCTS, INC., a California corporation, | No.  04-55909<br>D.C. No. CV-02-07974-NM<br><br>**JUDGMENT** |



Defendant-counter-claimant - Appellant.

---

ELECTRO SOURCE, LLC, a California limited liability company,

    Plaintiff-counter-defendant - Appellee,

v.

BRANDESS-KALT-AETNA GROUP, INC., an Illinois corporation,

    Defendant - Appellant,

PELICAN PRODUCTS, INC., a California corporation,

    Defendant-counter-claimant - Appellant.

No. 04-56648
D.C. No. CV-02-07974-NM

**JUDGMENT**

---

    Appeal from the United States District Court for the Central District of California, Los Angeles.

    This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

    On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is

**REVERSED as to the grant of summary judgment in favor of PPI on abandonment and cancellation of the trademark, and, REMANDED for proceedings consistent with this opinion. Affirmed as to the denial of attorney's fees. Costs on appeal shall be awarded to Electro Source.**

Filed and entered 08/14/06

